FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 JUL 11 PM 4:24
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| ANTONIO LAMAR DUNHAM, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 318-018 |
| SAM ZANDERS, Warden; TINA SANDERS, Warden of Care and Treatment; MR. INMAN, Deputy Warden; MR. TREVOR, Correctional Officer; MR. GILBERT, Correctional Officer; DR. ISMAIL; MS. SMITH, Nurse; MS. JACKSON, Nurse; DR. PAUL J. SYRIBEYS; MR. WILKENS, Warden; DR. ALSTON; DR. KITTER; and MS. APRIL, Nurse, individually and in their official capacities, | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's official capacity claims against Defendants Zanders, Sanders, Inman, Trevor, and Wilkens, **DISMISSES** Plaintiff's deliberate indifference to safety claims against Defendants Gilbert and Zanders for failure to state a claim, **DISMISSES** Plaintiff's deliberate indifference to a serious medical need claims regarding his post-surgery treatment against Defendants Zanders, Sanders, Ismail, Syribeys, April, Smith, and Jackson for failure

to state a claim, **DISMISSES** Plaintiff's legal mail and grievance claims against Defendant Zanders for failure to state a claim, and **DISMISSES** Defendants Gilbert, April, Smith, and Jackson from this case.

SO ORDERED this 11th day of July, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE