IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANTONIO LAMAR DUNHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-018 |
| | ) | |
| SAM ZANDERS, Warden; TINA SANDERS, Warden of Care and Treatment; JOHN INMAN, Deputy Warden; TREVON GILBERT, Correctional Officer; DR. NURALLAH ESMAIL; DR. PAUL J. SYRIBEYS; SCOTT WILKES, Warden; DR. MARY ALSTON; and DR. EDMOND RITTER, individually and in their official capacities, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS IN PART** and **DENIES IN PART** Defendants Zanders, Sanders, Wilkes, Esmail, Alston, Ritter, and Inman's partial motion to dismiss, (doc. no. 53), **GRANTS** Defendant Syribeys's motion to dismiss, (doc. no. 63), and **DISMISSES** Defendants Zanders, Sanders, Esmail, Inman, and Syribeys from this case.

Defendants Gilbert, Wilkes, Alston, and Ritter shall have fourteen days following entry of this Order within which to answer, move, or otherwise plead to Plaintiff's amended

complaint. After the filing of the first answer of a Defendant, the Court will enter a scheduling notice setting case deadlines.

SO ORDERED this ___8th___ day of March, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE