# United States District Court
## Southern District of Georgia

ANTONIO LAMAR DUNHAM,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 318-018

SAM ZANDERS, Warden, et. al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 4, 2019, Dr. Syribeys' Rule 54(b) motion is granted. It is further ordered that judgment is hereby entered against Plaintiff and in favor of Defendants Syribeys, Zanders, Sanders, Inman, and Esmail in accordance with this Court's Order dated March 8, 2019. Additionally, Plaintiff may not proceed in forma pauperis on appeal.



| 06/04/2019 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |

/s/ Jamie Hodge
*(By) Deputy Clerk*