FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2020 JAN 28 PM 4:35
CLERK
SO. DIST. GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

ANTONIO LAMAR DUNHAM,

    Plaintiff,

v.      CV 318-018

TREVON GILBERT, Correctional Officer; SCOTT WILKES, Warden; DR. MARY ALSTON; and DR. EDMOND RITTHER,

    Defendants.

# ORDER

Pursuant to the Order of November 22, 2019, discovery in this case was set to close on January 4, 2020. The day before the deadline, however, Plaintiff Antonio Lamar Dunham, who is proceeding pro se, mailed a motion to stay because his legal materials had been confiscated by prison officials. Defendants acquiesced to a short extension of the discovery period, up to and including March 2, 2020. At present, Plaintiff informs the Court that he now has his materials and asks the Court to disregard his motion to stay. (See Doc. No. 123.)

Plaintiff advises that this legal proceeding has caused him to suffer severe stress, depression and anxiety. If this is so, it is an unfortunate consequence of the litigation. However, the

case deadlines have already been extended a few times. And, while the extensions do not appear to be solely for purposes of delay, nor have the extensions adversely affected the overall progress of the case or fairness of the proceedings, the Court must move the case forward. Resolution is important to both Plaintiff and Defendants.

Upon the foregoing, the Court directs the Clerk to **TERMINATE** Plaintiff's motion to stay (doc. no. 121). Out of an abundance of caution, however, and with the earnest expectation that no further extensions will be necessary, the Court imposes the following deadlines:

| | |
|---|---|
| CLOSE OF FACT DISCOVERY | March 2, 2020 |
| LAST DAY FOR FILING CIVIL MOTIONS EXCLUSING MOTIONS IN LIMNE | April 1, 2020 |

**ORDER ENTERED** at Augusta, Georgia this 28th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE