AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTONIO LAMAR DUNHAM,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 318-018

TREVON GILBERT, Correctional Officer; SCOTT WILKES, Warden; DR. MARY ALSTON; and DR. EDMOND RITTER,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of November 24, 2020, Defendant's Motion for Summary Judgment is GRANTED.  Judgment is entered in favor of Defendants, TREVON GILBERT, SCOTT WILKES, DR. MARY ALSTON; and DR. EDMOND RITTER, and this civil action stands CLOSED.

| | |
|---|---|
| 11/24/2020 | John E. Triplett, Acting Clerk |
| *Date* | *Clerk* |



*Tara H. Burton*
*(By) Deputy Clerk*

GAS Rev 10/2020